CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIPLAVAJYOTHI GAJJALA,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br><br>            Defendants. | Case No. 4:26-cv-00829 KAW<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER** |

On April 23, 2026, the Court granted the parties first stipulation to extension of time for Defendants' response to Plaintiff's complaint. Dkt. No. 14. Plaintiff and Defendants respectfully request the Court to grant a one-week extension of time for Defendants' response to Plaintiff's complaint and set a due date for May 21, 2026. The parties make this request because Defendants' counsel needs a brief additional time to prepare and finalize Defendants' response. In view of the agreed-upon extension for Defendants' response to the complaint, the deadline for Defendants to file a motion for summary judgment is continued to 30 days after the filing of any answer.

///

///

Stipulation
Case No. 4:26-cv-00829 KAW                         1

Dated: May 15, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: May 15, 2026

*/s/ James D. Yang*
JAMES D. YANG
Pegasus Law Group PC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  May 18, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 4:26-cv-00829 KAW                    2